# United States District Court

_____ DISTRICT OF _____

Kaioh Suisan Co., Ltd.

      Plaintiff,

      V.

Tom T. Kamiyama, Yoshie M. Kamiyama and Guam YTK Corporation,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **02-00015**

FILED
DISTRICT COURT OF GUAM
MAY 30 2002
MARY L. M. MORAN
CLERK OF COURT

**TO:** (Name and address of defendant)

Guam YTK Corporation
Hotel Wharf, Piti, Guam

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Maher, Esq.
McKEOWN VERNIER PRICE MAHER
115 Hesler Place
Ground Flr., Gov. Joseph Flores Bldg.
Hagatna, Guam 969120

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Mary L. M. Moran**
CLERK

_signature_
(BY) DEPUTY CLERK

MAY 23 2002
DATE

ORIGINAL

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 25, 2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jared M. Chan | Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Pale San Vitores Road, Tumon, Guam

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tom T. Kamiyama - Authorized Representative of Guam YTK Corporation

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Twenty Dollars ($20.00) | Twenty Dollars ($20.00) |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/29/02.
Date

Signature of Server

P.O. Box 25266
GMF, Guam 96921
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.