**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
JUN 24 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

----------

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NUMBER CIV02-00015 |
| Plaintiff, | |
| vs. | **ANSWER TO COMPLAINT** |
| TOM T. KAMIYAMA, YOSHIE M. KAMIYAMA and GUAM YTK CORPORATION, | |
| Defendants. | |

----------

Tom T. Kamiyama, Yoshie M. Kamiyama and Guam YTK Corporation answers Plaintiffs Complaint and admits, denies and alleges as follows:

### JURISDICTION AND VENUE

1. Defendants admits the allegations in paragraphs 1 to 6, inclusive.

### FACTUAL ALLEGATIONS

2. Defendants admits the allegations in paragraphs 1, 6 and 9 of Plaintiff's first cause of action.

3. Defendants denies the allegations in paragraphs 2, 3, 4, 5, 7, 8, 10, 11, 12, 13, 14, 15, 18, 19, 10, and 21.

**ORIGINAL**

4. Defendants are unaware of the truth or falsity in paragraphs 15 and 20 and, therefore, deny them on that basis.

5. With respect to paragraph 17, Defendants incorporate their responses to paragraphs 1 and 6 regarding Jurisdiction of Venue and paragraphs 1 through 16 of Plaintiffs first cause of action as though fully set forth herein.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants performed under their agreement with the Plaintiff and incorporated Guam Kai Oh Co., Ltd. ("Guam Corporation") which was granted an incorporation certificate on December 20, 2000.

### THIRD AFFIRMATIVE DEFENSE

All actions taken by Defendants on behalf of the Guam Corporation and the Plaintiff authorized actions.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff and Defendant have actively conducted business together on behalf of Plaintiff's enterprise and the Guam Corporation.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs agent, Tadashi Narushima, authorized transactions on behalf of Plaintiff and if Defendants were defrauded, he was the responsible party.

**WHEREFORE,** Defendant prays that the Court enter judgment as follows:

1. That Plaintiffs Complaint be dismissed in its entirety;

2. That Defendants be awarded their attorney's fees and costs in defense in this

**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

-2-

Case 1:02-cv-00015   Document 5   Filed 06/24/2002   Page 2 of 3

matter.

3. For such other relief as the court may deem just and proper.

DATED at Hagåtña, Guam, this 24th day of June, 2002.

**TEKER CIVILLE TORRES & TANG, PLLC**

By: _____
**PHILLIP TORRES**
*Attorneys for Defendants*

**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

-3-

Case 1:02-cv-00015   Document 5   Filed 06/24/2002   Page 3 of 3