| | |
|---|---|
| 1 | **TEKER CIVILLE TORRES & TANG, PLLC** |
| | SUITE 200, 330 HERNAN CORTEZ AVENUE |
| 2 | HAGÅTÑA, GUAM 96910 |
| | TELEPHONE: (671) 477-9891/472-8868 |
| | FACSIMILE: (671) 472-2601/477-2511 |
| 3 | |
| 4 | *Attorneys for Defendants* |

FILED
DISTRICT COURT OF GUAM
AUG 20 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| KAIOH SUISAN CO., LTD. | ) | CIVIL CASE NO. 02-00015 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| TOM T. KAMIYAMA, YOSHIE M. KAMIYAMA and GUAM YTK CORP., | ) | |
| Defendants. | ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: This is an action to recover Two Hundred Thousand Dollars ($200,000.00) advanced by Plaintiff to Defendants. That amount was to be paid-in capital of Guam Kai-Oh Co., Ltd., a Guam Corporation. Plaintiff allege that the amount was converted by the Defendants and seek damages and equitable relief for conversion and fraud. Defendants have denied the substantive allegations of the Complaint and affirmatively pled that actions taken by the Defendants were on behalf of and authorized by Guam Kai-Oh Co., Ltd.,

and the Plaintiff.

2. The posture of the case is as follows: (a) The following motion s are on file: None.; (b) The following motions have been resolved: None; (c) The following discovery has been initiated: On July 2, 2002, Plaintiff filed and served the Disclosures required by F.R.C.P. Rule 26(a)(1)(A) and (B).

3. All motions to add parties and claims shall be filed on or before: November 15, 2002.

4. All motions to amend pleadings shall be filed on or before: November 15, 2002.

5. Status of discovery: (a) The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure is modified as follows: None., (b) The following is a description and schedule of all pre-trial discovery each party intends to initiate prior to the close of discovery:

**PLAINTIFF:** Plaintiff has requested and Defendants have agreed to provide documents disclosing disbursement or expenditures of the two hundred thousand dollars ($200,000.00) advanced to Defendants; documents setting forth or referencing communications between Defendants and anyone concerning expenditures or disbursement of the above amount; documents showing disbursements or expenditures from the accounts of Guam Kai-Oh, Ltd.; and documents setting forth or referencing communications between Defendants and anyone concerning expenditures or disbursements from accounts of Guam Kai-Oh Co., Ltd. Plaintiff has not yet received these documents. In addition, Plaintiff plans to discover, by production requests or interrogatories, the identity of persons with relevant information concerning: disbursement or expenditure of the referenced amount; assets and property, real or personal, acquired with the

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

C:\files\miscellaneous\Guam OTK\CV084\03  2
Case 1:02-cv-00045  Document 9  Filed 08/20/2002  Page 2 of 5

referenced amount; and persons with relevant knowledge concerning Defendants' affirmative defenses that expenditures of the above referenced amount were on behalf of and authorized by Guam Kai-Oh Co., Ltd., and Plaintiff. Plaintiff will depose the individual Defendants and representative(s) of the corporate Defendant concerning all of the above. With allowances for the parties' schedules, Plaintiff anticipates that all discovery will by completed by November 1, 2002.

**DEFENDANTS:** Plaintiff and Defendants have agreed to provide certain disclosing disbursement and expenditure records. Defendant expects to provide all those records that have been requested of it within the next week. It is expected that Plaintiff will conduct discovery and seek to understand the relationship between the parties as referenced regarding issues set forth in the complaint. Defendant expects to serve interrogatories, request for production of documents and to conduct depositions. Defendant anticipates that all discovery will be completed by November 1, 2002.

~~6. The parties shall appear before the District Court on August 21, 2002 at 3:00 p.m., for the Scheduling Conference.~~

7. The discovery cut-off date (defined as the last date to file responses to discovery) is: November 1, 2002.

8. (a) The anticipated motions are: None., (b) The anticipated dispositive motions are: None.

9. The prospects for settlement are: Unknown.

10. The Preliminary Pretrial Conference shall be held on the 15th day of January, 2003, at 3:00 p.m.

11. The parties pre-trial materials, discovery material, witness list, designations and exhibit lists shall be filed on or before January 22, 2002.

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

C:\file3\miscellaneous\Guam YTK CV0846-02       -3-
Case 1:02-cv-00015   Document 9   Filed 08/20/2002   Page 3 of 5

| | | |
|---|---|---|
| 1 | 12. | The Proposed Pre-Trial Order shall be filed on or before January 22, 2003. |
| 2 | 13. | The final Pre-trial Conference shall be held on or before January 28, 2003 at 3:00 p.m. |
| 4 | 14. | The Trial shall be held on the 4th day of February, 2003, at 9:30 a.m. |
| 5 | 15. | The Trial is not a jury trial. |
| 6 | 16. | It is anticipated that it will take two (2) days to try this case. |
| 7 | 17. | The names of the Counsels on this case are: |

**Plaintiff:** John B. Maher, Esq.
**McKeown Vernier Price Maher**
115 Hesler Place, Ground Floor
Governor Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

**Defendants:** Phillip Torres, Esq.
**Teker Civile Torres & Tang, PLLC**
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-9891
Facsimile: (671) 472-2601

18. The parties do wish to submit this case to a settlement conference.

19. The parties present the following suggestion for shortening trial: None at this time.

20. The following issues will also affect the status or management of the case: Once Plaintiff has discovered or Defendants have disclosed the disbursement and expenditure of the $200,000.00 paid-in capital advanced to defendants, Plaintiff may need to join additional parties in the lawsuit, including Guam Kai-Oh Co., Ltd., and individual shareholders and

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

C:\file3\miscellaneous\Guam YMK CV0846-02 -4-

Case 1:02-cv-00015 Document 9 Filed 08/20/2002 Page 4 of 5

1 | directors.

2 | Dated at Hagåtña, Guam this 19 day of August, 2002.

CONSUELO B. MARSHALL
Designated District Judge

_____
Fr/ HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

APPROVED AS TO FORM AND CONTENT:

TEKER CIVILLE TORRES & TANG, PLLC

DATED: 8/8/02        By: _____
                         PHILLIP TORRES
                         *Attorneys for Defendants*

McKEOWN VERNIER PRICE & MAHER

DATED: 8/9/02        By: _____
                         JOHN B. MAHER
                         *Attorneys for Plaintiff*

RECEIVED
AUG - 9 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868