John B. Maher, Esq.
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKeown Price LLP
and Vernier & Maher LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

**Attorney for Plaintiff**
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
NOV 12 2002
MARY L. M. MORAN
CLERK OF COURT

10

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00015 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND FILING DATE FOR MOTIONS TO ADD PARTIES AND AMEND PLEADINGS** |
| TOM T. KAMIYAMA, YOSHIE M. KAMIYAMA and GUAM YTK CORP., | |
| Defendants. | |

COMES NOW Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH SUISAN"), through counsel McKeown • Vernier • Price • Maher, by John B. Maher, Esq., and the Defendants TOM T. KAMIYAMA, YOSHIE M. KAMIYAMA and GUAM YTK CORP., through counsel, Teker Civille Torres & Tang, PLLC, by Phillip Torres, Esq., and hereby stipulate and agree to the following changes to the Scheduling Order filed in the above-referenced matter.

3. All Motions to Add Parties and Claims shall be filed on or before: **November 30, 2002.**

4. All Motions to Amend Pleadings shall be filed on or before: **November 30, 2002.**

7. The Discovery Cut-Off date (defined as the last day to respond to discovery) is: **December 31, 2002.**

These changes are necessary as the parties anticipate adding additional parties as Plaintiffs and to accommodate discovery in Japan. The parties are presently discussing a Stipulation to Add Additional Parties as Plaintiffs and arrangements for depositions in Japan.

DATED: 10/30/02                          DATED: OCTOBER 30, 2002

**McKEOWN•VERNIER•PRICE•MAHER**           **TEKER CIVILL TORRES & TANG, PLLC**
Attorney for Plaintiff                    Attorneys for Defendants
**KAIOH SUISAN CO., LTD.**

By _____JOHN B. MAHER_____              By _____PHILLIP TORRES_____
   JOHN B. MAHER, ESQ.                       PHILLIP TORRES, ESQ.

**APPROVED AND SO ORDERED**

_____            DATED: NOV 12 2002
HON. JOHN S. UNPINGCO, CHIEF
JUDGE, DISTRICT COURT OF GUAM.

**RECEIVED**
NOV - 1 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-