John B. Maher, Esq.
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKeown Price LLP
and Vernier & Maher LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

**Attorney for Plaintiff**
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
DEC 2 6 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00015 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| TOM T. KAMIYAMA, YOSHIE M. KAMIYAMA and GUAM YTK CORP., | |
| Defendants. | |

COMES NOW Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH SUISAN"), through counsel McKeown • Vernier • Price • Maher, by John B. Maher, Esq., and the Defendants TOM T. KAMIYAMA, YOSHIE M. KAMIYAMA and GUAM YTK CORP., through counsel, Teker Civille Torres & Tang, PLLC, by Phillip Torres, Esq., and hereby stipulate and agree to the dismissal of the above Complaint and action, without prejudice. Dismissal of the Complaint in the District Court of Guam is required as an

additional plaintiff, a Guam corporation, will be added thereby destroying diversity jurisdiction in the District Court.

DATED: 12/20/02           DATED: 12/20/02

**McKEOWN•VERNIER•PRICE•MAHER**  **TEKER CIVILL TORRES & TANG, PLLC**
Attorney for Plaintiff           Attorneys for Defendants
**KAIOH SUISAN CO., LTD.**

By _____   By _____
   **JOHN B. MAHER, ESQ.**          **PHILLIP TORRES, ESQ.**

**APPROVED AND SO ORDERED**

_____           DATED: DEC 26 2002
**HON. JOHN S. UNPINGCO, CHIEF JUDGE, DISTRICT COURT OF GUAM.**

RECEIVED
DEC 23 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
DEC 23 2002
MARY L. M. MORAN
CLERK OF COURT

STAMPED IN ERROR

Notice is hereby given that this document was entered on the docket on DEC 26 2002. No separate notice of entry on the docket will be issued by this Court.
   Mary L. M. Moran
   Clerk, District Court of Guam
By: _____  DEC 26 2002
   Deputy Clerk    Date