DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| KAOIH SUISAN CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>TOM T. KAMIYAMA, YOSHIE M. KAMIYAMA, and GUAM YTK CORP.,<br><br>Defendants. | CIVIL CASE NO. 02-00015<br><br>**J U D G M E N T** |

John B. Maher, Esq.
McKEOWN VERNIER PRICE MAHER
115 Hesler Place, Ground Floor
Governor Joseph Flores Bldg.
Hagatna, GU 96910

Phillip Torres, Esq.
TEKER CIVILLE TORRES & TANG, PLLC
Ste. 200, 330 Hernan Cortez Avenue
Hagatna, GU 96910

Judgment is hereby entered in accordance with the Stipulation and Order for Dismissal Without Prejudice filed December 26, 2002.

Dated this 26th day of December 2002, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on DEC 26 2002. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____  DEC 26 2002
Deputy Clerk        Date